IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:09CR325 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JULIE WIESE, | ) | |
| | ) | |
| Defendant. | ) | |

     This matter is before the court on the motion of Assistant Federal Public Defender Julie B. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Julie Wiese (Wiese) (Filing No. 16). Ms. Hansen represents she has a conflict of interest in this matter. Ms. Hansen and the Office of the Federal Public Defender's motion to withdraw (Filing No. 16) is granted.

     Adam J. Sipple, P.O. Box 3157, Oakland, NE 68103-0157, (402) 346-8856, is appointed to represent Wiese for the balance of these proceedings pursuant to the Criminal Justice Act. Ms. Hansen shall forthwith provide Mr. Sipple with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Hansen which are material to Wiese's defense.

     The clerk shall provide a copy of this order to Mr. Sipple, and he shall file his appearance forthwith.

     **IT IS SO ORDERED.**

     DATED this 19th day of November, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge